# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
April 2, 2019

Lyle W. Cayce
Clerk

_____

No. 18-30806
Summary Calendar
_____

HAROLD JOE BLACK,

      Plaintiff - Appellant

v.

LOUISIANA DEPARTMENT OF CORRECTIONS; SUSAN GRIFFIN,

      Defendants - Appellees

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:16-CV-799

_____

Before JOLLY, COSTA, and HO, Circuit Judges.

PER CURIAM:[*]

      AFFIRMED.  *See* Fifth Cir. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.